ATTORNEY(S): The New York City Law Department
ADDRESS: 100 Church Street, New York , NY 10007 PH#: 212-788-0369

*Board of Education of the City of Newyork*

**VS**

*Celestine Miller, et al*

Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: CV 02 3051

FILED ON:

*Defendant(s)/Respondent(s)*

County of __KINGS__ , State of __NEW YORK__ I, __NANCY HILSENBECK__ being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of __NEW YORK__
On __6/3/2002__ at __11:00 am__ ,
at **121 Custer Avenue, Williston Park, New york 11596**
deponent served the within **SUMMONS AND COMPLAINT**

bearing Index # __CV 02 3051__ and filed on _____

ON: **Roy E Shain**

INDIVIDUAL [ ]
by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ]
A _____ , by delivering thereat a true copy of each to _____ personally, deponent knew said
so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [ ]
by delivering a true copy of each to _____ a person of suitable age and discretion
Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
**I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.**

AFFIXING TO DOOR [x]
by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business
[X] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day __Thursday__ Date __5/30/2002__ Time __9:30 am__ Day __Friday__ Date __5/31/2002__ Time __4 pm__
Day __Monday__ Date __6/3/2002__ Time __11:00 am__ Day _____ Date _____ Time _____
Verification:

MAILING COPY [x]
Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [x] residence [ ] place of employment at: 121 Custer Avenue, Williston Park, New York 11596
the U. S. Postal Service within the State of __NEW YORK__ on _____
[ ] The mailing was made by certified mail (Receipt No. _____ )
[ ] and with return receipt requested, and/ x or First Class Mail, marked personal and confidential.

DESCRIPTION [ ]
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _____ Race/skin _____ Color of hair _____ Approx. Age _____ Approx. Height _____
Approx. weight _____ Other _____

WITNESS FEES [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]
Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [ ]
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
____ day of June _____ 2002

*Amy Rausch-Fund*
Notary Public, County, New York

AMY RAUSCH
Notary Public, State Of New York
No. 01RA6067936
Qualified In New York County
Commission Expires December 24, 2005

NANCY HILSENBECK

Process Server's Lic #

Client Reference #:

AR
Nationwide Court Services, Inc.
189 Montague Street, Suite 915
Brooklyn, New York 11201
(718) 625-5194

Invoice•Work Order # NYC0011595