UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BOARD OF EDUCATION OF THE CITY OF NEW YORK,

                                                Plaintiff,

-against-

CELESTINE MILLER, THOMAS KONTOGIANNIS, RAY SHAIN, KINSON TSO, WILLIAM HARRIS, ERIC RULAND, BUSINESS INNOVATIVE TECHNOLOGY, INC., RJ COMPUTER CONSULTANTS CO., LTD., RAY E. SHAIN, P.C., 161 HEMPSTEAD REALTY CORP., YONAH REAL ESTATE, INC., BAYSWATER LTD., EMERALD ESTATES, LTD., BROOKVILLE PLAZA MANAGEMENT, INC., SEAVIEW ESTATES, INC., 518-540 ROCKAWAY REAL ESTATE CORP., OLYMPICORP INTERNATIONAL, LTD., GROUP KAPPA CORP., MOONLIGHT MANAGEMENT, LTD., CORNWALL CORP.,

                                                Defendants.

------------------------------------------------------------------ x

**STIPULATION OF DISCONTINUANCE**

02 CV 3051(DGT)(CLP)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 15 2002 ★
BROOKLYN OFFICE

      **IT IS HEREBY STIPULATED** by and between the undersigned, the attorneys of record for Eric Ruland, Celestine Miller and William Harris that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and hereby



is discontinued with prejudice against all parties named in the caption, without costs to any party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 21, 2002

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Plaintiff<br>100 Church Street, Room 3-158<br>New York, New York 10007<br>212.788.1324<br><br>By _____<br>Eric Proshansky<br>Assistant Corporation Counsel | WINDELS MARX LANE & MITTENDORF, LLP<br>Attorneys for Celestine V. Miller & William Harris<br>156 West 56th Street<br>New York, New York 10019<br>212.237.1000<br><br>By _____<br>Charles E. Simpson |

KASE & DRUKER
Attorneys for Eric Ruland
1325 Franklin Avenue Suite 225
Garden City, NY 11530

By _____
John Laurence Kase

**SO ORDERED:** _____   11/06/02
David G. Trager
United States District Judge

2